NO. 114-1070-10

Cody Blaylock,       §     IN THE TEXAS COURT
        PETITIONER          §
                               §

VS.                         §     OF
                               §

THE STATE OF TEXAS,      §
        RESPONDENT        §     CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, __Cody Blaylock__, Petitioner, and files this motion for an extension of sixty- (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 114th District Court of __Smith__ County, Texas of the offense of __ENG IN ORG Criminal Activity__ in Cause No. 114-1070-10, styled The State of Texas vs. __CODY BLAYLOCK__ The Petitioner appealed to the Court of Appeals, __12th__ Supreme Judicial District, Appeal No. __12-13-00363-CR__. The case was affirmed on __March 4, 2015__.

### II.

The present deadline for filing the Petition for Discretionary Review is __April 3, 2015__. The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until __March 4, 2015__. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, __James Huggler Jr.__, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

APR 14 2015

Abel Acosta, Clerk

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 114-1070-10 to May 3, 2015 .

Respectfully submitted,

Cody Blaylock

Petitioner Pro Se
TDCJ # 1898259
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, _Cody Blaylock_, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District Attorney for _Smith_ County, Texas on the _27_ day of _March_, 20_15_

_Cody Blaylock_
Petitioner Pro Se

Date: 3-27-15

Ms. Louise Pearson, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, TX 78711

Dear Ms. Pearson:

Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

Cody Blaylock

Petitioner Pro Se
TDCJ # 1898259
Texas Department of Criminal Justice
Unit: Coffield
Address: 2661 FM 2054
          Tenn. Colony TX 75884

REC'D IN COURT OF APPEALS
12th Court of Appeals District

APR 0 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK



Cody Blaylock # 1898259
2661 Fm 2054
Tennessee Colony, Tx 75884

NORTH TEXAS TX PRIDC
DALLAS TX 750
03 APR 2015 PM 20 L

Twelfth Court Of Appeals
1517 West Front Street
Suite 354

Tyler, Texas 75702

75702-785479